1   SHARTSIS FRIESE LLP
    JAMES P. MARTIN (Bar #170044)
2   jmartin@sflaw.com
    JOSEPH V. MAUCH (Bar #253693)
3   jmauch@sflaw.com
    One Maritime Plaza, Eighteenth Floor
4   San Francisco, CA  94111
    Telephone:  (415) 421-6500
5   Facsimile:  (415) 421-2922

6   Attorneys for Plaintiff
    CLAMP-SWING PRICING COMPANY
7
    SENNIGER POWERS LLP
8   Marc W. Vander Tuig *admitted pro hac vice*
    mvandertuig@senniger.com
9   Robert M. Evans, Jr. *admitted pro hac vice*
    revans@senninger.com
10  100 North Broadway, 17th Floor
    St. Louis, MO 63102
11  (314) 345-7019
    (314) 345-7600 (fax)
12
    SCHIFF HARDIN LLP
13  Duane H. Mathiowetz
    dmathiowetz@schiffhardin.com
14  One Market, Spear Street Tower, 32nd Floor
    San Francisco, CA 94105
15  (415) 901-8645
    (415) 901-8701 (fax)
16
    Attorneys for Defendant
17  SUPER MARKET MERCHANDISING AND
    SUPPLY, INC.
18
                    UNITED STATES DISTRICT COURT
19
                 NORTHERN DISTRICT OF CALIFORNIA
20
                    SAN FRANCISCO DIVISION
21

22  CLAMP-SWING PRICING COMPANY,            Case No.  CV-12-02445 JST

23              Plaintiff,                   [PROPOSED] ORDER REGARDING
                                             CLAIM CONSTRUCTION
24  v.                                       PROCEEDINGS

25  SUPER MARKET MERCHANDISING              Dept: Courtroom 9, 19th Floor
    AND SUPPLY, INC.,                       Judge: Hon. Jon S. Tigar
26
                Defendant.
27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111

---

Case No.                      **[PROPOSED] ORDER REGARDING
cv-12-02445-JST               CLAIM CONSTRUCTION PROCEEDINGS**

SHARTSIS FRIESE LLP
ONE MARITME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Clamp-Swing Company ("CSP") has alleged infringement of Claims 1-8, 13-15, and 18 of U.S. Patent No. 6,530,166 (the "'166 Patent"), and Claims 24-25, 38-40, and 42-43 of U.S. Patent No. 8,220,189 (the "'189 Patent") (collectively, the "Patents-in-Suit"). The Parties submitted a Joint Claim Construction and Prehearing Statement [Docket No. 39] on February 14, 2013, identifying five terms for construction. A Claim Construction hearing was set for July 9, 2013, with opening claim construction briefing to be submitted on June 6, 2013.

The Court hereby adopts the following agreed-upon constructions as its Claim Construction Order in this case:

| Patent and Claim No. | Claim Term | Claim Construction |
|---|---|---|
| '166 Patent, Claims 1, 2, 7, 13, 18 | **tabs** | *No construction necessary.* |
| '166 Patent, Claims 1, 2, 13, 18<br><br>'189 Patent, Claims 24, 39, 40 | **C-shaped extremity** | a coupling element on the end of the stem that has the shape of the letter "C" when viewed from the side |
| '166 Patent, Claims 7, 8<br><br>'189 Patent, Claims 38, 42 | **C-shaped receiving element** | a receptacle on the base that has the shape of the letter "C" when viewed from the side |
| '166 Patent, Claim 13 | **configured to be releasably retained** | *No construction necessary.* |
| '166 Patent, Claims 2, 18 | **ridge sized to fit within said gap** | *No construction necessary.* |

The Claim Construction hearing, currently set for July 9, 2013, is vacated from the Court's calendar, along with all dates relating to claim construction briefing.

**IT IS SO ORDERED**

June  6 , 2013

_____
Honorable Jon S. Tigar
United States District Judge

8499\001\1901976.1

- 1 -

Case No.
cv-12-02445-JST

**[PROPOSED] ORDER REGARDING
CLAIM CONSTRUCTION PROCEEDINGS**