SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
jmartin@sflaw.com
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922

Attorneys for Plaintiff
CLAMP-SWING PRICING COMPANY

SENNIGER POWERS LLP
Marc W. Vander Tuig *admitted pro hac vice*
mvandertuig@senniger.com
Robert M. Evans, Jr. *admitted pro hac vice*
revans@senninger.com
100 North Broadway, 17th Floor
St. Louis, MO 63102
(314) 345-7019
(314) 345-7600 (fax)

SCHIFF HARDIN LLP
Duane H. Mathiowetz
dmathiowetz@schiffhardin.com
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
(415) 901-8645
(415) 901-8701 (fax)

Attorneys for Defendant
SUPER MARKET MERCHANDISING AND SUPPLY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAMP-SWING PRICING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SUPER MARKET MERCHANDISING AND SUPPLY, INC.,<br><br>Defendant. | Case No.  CV-12-02445 JST<br><br>**[PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION PROCEEDINGS**<br><br>Dept: Courtroom 9, 19th Floor<br>Judge: Hon. Jon S. Tigar |

Plaintiff Clamp-Swing Company ("CSP") has alleged infringement of Claims 1-8, 13-15, and 18 of U.S. Patent No. 6,530,166 (the "'166 Patent"), and Claims 24-25, 38-40, and 42-43 of U.S. Patent No. 8,220,189 (the "'189 Patent") (collectively, the "Patents-in-Suit"). The Parties submitted a Joint Claim Construction and Prehearing Statement [Docket No. 39] on February 14, 2013, identifying five terms for construction. A Claim Construction hearing was set for July 9, 2013, with opening claim construction briefing to be submitted on June 6, 2013.

The Court hereby adopts the following agreed-upon constructions as its Claim Construction Order in this case:

| Patent and Claim No. | Claim Term | Claim Construction |
|---|---|---|
| '166 Patent, Claims 1, 2, 7, 13, 18 | **tabs** | *No construction necessary.* |
| '166 Patent, Claims 1, 2, 13, 18<br>'189 Patent, Claims 24, 39, 40 | **C-shaped extremity** | a coupling element on the end of the stem that has the shape of the letter "C" when viewed from the side |
| '166 Patent, Claims 7, 8<br>'189 Patent, Claims 38, 42 | **C-shaped receiving element** | a receptacle on the base that has the shape of the letter "C" when viewed from the side |
| '166 Patent, Claim 13 | **configured to be releasably retained** | *No construction necessary.* |
| '166 Patent, Claims 2, 18 | **ridge sized to fit within said gap** | *No construction necessary.* |

The Claim Construction hearing, currently set for July 9, 2013, is vacated from the Court's calendar, along with all dates relating to claim construction briefing.

**IT IS SO ORDERED**

June  6 , 2013

_____
Honorable Jon S. Tigar
United States District Judge

8499\001\1901976.1

- 1 -