SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
jmartin@sflaw.com
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
CLAMP-SWING PRICING COMPANY

SENNIGER POWERS LLP
Marc W. Vander Tuig *admitted pro hac vice*
mvandertuig@senniger.com
Robert M. Evans, Jr. *admitted pro hac vice*
revans@senniger.com
100 North Broadway, 17th Floor
St. Louis, MO 63102
Telephone: (314) 345-7019
Facsimile: (314) 345-7600

SCHIFF HARDIN LLP
Duane H. Mathiowetz
dmathiowetz@schiffhardin.com
One Market Plaza
Spear Street Tower, 32nd floor
San Francisco, CA 94105
Telephone: (415) 901-8645
Facsimile: (415) 901-8701

SUPER MARKET MERCHANDISING AND SUPPLY INC.
A. James Wang, *admitted pro hac vice*
jwang@sm.com
5200 Virginia Avenue
St. Louis, MO 63111
Telephone: (314) 432-5656

ALLMAN & NIELSON, P.C.
Steve Nielsen
Steve@NielsenPatents.com
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939-1743
Telephone: (415) 461-2700
Facsimile: (415) 461-2726

Attorneys for Defendant
SUPER MARKET MERCHANDISING AND
SUPPLY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAMP-SWING PRICING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SUPER MARKET MERCHANDISING AND SUPPLY, INC.,<br><br>Defendant. | Case No. 3:12-cv-02445-WHO<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY DISPUTE STATEMENTS**<br><br>Judge: Hon. William H. Orrick<br>Trial Date: May 27, 2014<br>Complaint Filed: May 14, 2012<br>Amended Complaint Filed: September 26, 2012 |

1   Plaintiff Clamp-Swing Pricing Company ("Clamp-Swing") and Defendant Super Market
2   Merchandising and Supply, Inc. ("SMM") (collectively, the "Parties") through their respective
3   counsel, hereby stipulate and ask the Court to Order as follows:

4   WHEREAS the Parties have agreed to serve certain amended discovery responses and
5   produce certain additional responsive documents beyond the fact discovery cut-off date of
6   October 11, 2013;.

7   WHEREAS Clamp-Swing is still in the process of serving amended discovery responses
8   and producing additional responsive documents, and the Parties are still engaging in meet-and-
9   confer communications regarding such discovery;

10  WHEREAS the last day for the Parties to submit a discovery dispute statement is
11  currently scheduled as October 18, 2013;

12  WHEREAS the Parties seek a modification to this deadline to allow the Parties additional
13  time to submit a discovery dispute statement;

14  WHEREAS no change to any other date, including the trial date is being proposed;.

15  NOW, THEREFORE, the Parties agree that the schedule governing the last day for the
16  Parties to submit a discovery dispute statement will be adjusted as follows:

| Event | Current Deadline | Proposed Modification |
|---|---|---|
| Deadline to File Discovery Dispute Statement | October 18, 2013 | October 25, 2013 |

DATED:   October 18, 2013            SHARTSIS FRIESE LLP


                                     By: /s/ Joseph V. Mauch
                                             JOSEPH V. MAUCH

                                     Attorneys for Plaintiff
                                     CLAMP-SWING PRICING COMPANY

| | | |
|---|---|---|
| 1 | DATED: October 18, 2013 | SENNIGER POWERS LLP |
| 2 | | By: /s/ *Benjamin J. Hodges* |
| 3 | | BENJAMIN J. HODGES |
| 4 | | ALLMAN & NIELSON, P.C. |
| 5 | | |
| 6 | | By: */s/ Steve Nielson* |
| | | STEVE NIELSON |
| 7 | | Attorneys for Defendant |
| 8 | | SUPER MARKET MERCHANDISING AND SUPPLY, INC. |

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- - 2 - -

Case No.
3:12-cv-02445 WHO

STIPULATION & ORDER REGARDING
DISCOVERY DISPUTE STATEMENTS

# **ATTESTATION**

I hereby attest that, pursuant to Local Rule 5-1(i)(3), concurrence in the filing of the document has been obtained from the other Signatory (ies) for the conformed signature(s) ("/s/") within this electronically-filed document.

DATED:   October 18, 2013             SHARTSIS FRIESE LLP


                                      By: /s/ Joseph V. Mauch
                                              JOSEPH V. MAUCH

                                      Attorneys for Plaintiff
                                      CLAMP-SWING PRICING COMPANY

# ORDER

The above **STIPULATION AND ORDER REGARDING DISCOVERY DISPUTE STATEMENTS** is approved and all parties shall comply with its provisions.

**IT IS SO ORDERED**.

Dated: October 23, 2013

_____
Hon. William H. Orrick
U.S. District Court Judge

8499\002\1930908.1

Case No.
3:12-cv-02445 WHO

STIPULATION & ORDER REGARDING
DISCOVERY DISPUTE STATEMENTS

1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111