SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
jmartin@sflaw.com
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
CLAMP-SWING PRICING COMPANY

SENNIGER POWERS LLP
Marc W. Vander Tuig *pro hac vice*
mvandertuig@senniger.com
Robert M. Evans, Jr. *pro hac vice*
revans@senniger.com
Benjamin J. Hodges *pro hac vice*
bhodges@senniger.com
100 North Broadway, 17th Floor
St. Louis, MO 63102
(314) 345-7019
(314) 345-7600 (fax)

SCHIFF HARDIN LLP
Duane H. Mathiowetz CBN 111831
  Dmathiowetz@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone:  (415) 901-8645
Facsimile:  (415) 901-8701

SUPER MARKET
MERCHANDISING AND SUPPLY
INC.
A. James Wang, *pro hac vice*
  jwang@sm9com
5200 Virginia Ave.
St. Louis, MO 63111
Telephone: (314) 432-5656

Allman & Nielson, P.C.
Steve Nielsen
Steve@NielsenPatents.com
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939-1743
(415) 461-2700
(415) 461-2726 (fax)

Attorneys for Defendant
SUPER MARKET MERCHANDISING
AND SUPPLY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAMP-SWING PRICING COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>SUPER MARKET MERCHANDISING<br>AND SUPPLY, INC.,<br><br>            Defendant. | Case No.  CV-12-02445 WHO<br><br>**SECOND STIPULATION AND ORDER REGARDING DISCOVERY DISPUTE STATEMENTS**<br><br>Judge:       Hon. William H. Orrick<br>Trial Date:   May 27, 2014<br>Complaint Filed:   May 14, 2012<br>Amended Complaint Filed: September 26, 2012 |

Plaintiff Clamp-Swing Pricing Company ("Clamp-Swing") and Defendant Super Market Merchandising and Supply, Inc. ("SMM") (collectively, the "Parties") through their respective counsel, hereby stipulate and ask the Court to Order as follows:

WHEREAS the Parties have agreed to serve certain amended discovery responses and produce certain additional responsive documents beyond the fact discovery cut-off date of October 11, 2013;

WHEREAS Clamp-Swing is still in the process of revising discovery documents and providing additional deposition testimony, and the Parties are engaging in meet-and-confer communications regarding such discovery;

WHEREAS the Parties previously agreed to, and this Court granted, an extension to the discovery dispute statement deadline to October 25, 2013;

WHEREAS the Parties seek a modification to this deadline to allow the Parties additional time to submit a discovery dispute statement;

WHEREAS no change to any other date, including the trial date is being proposed;

NOW, THEREFORE, the Parties agree that the schedule governing the last day for the Parties to submit a discovery dispute statement will be adjusted as follows:

| Event | Current Deadline | Proposed Modification |
|---|---|---|
| Deadline to File Discovery Dispute Statement | October 25, 2013 | November 8, 2013 |

DATED: October 25, 2013            SHARTSIS FRIESE LLP


By: */s/ Joseph V. Mauch*
          JOSEPH V. MAUCH

Attorneys for Plaintiff
CLAMP-SWING PRICING COMPANY

- 1 -

Case No.
cv-12-02445 WHO

SECOND STIPULATION & ORDER REGARDING
MOTION TO COMPEL DEADLINE

- - 2 - -

| | | |
|---|---|---|
| DATED: | October 25, 2013 | SENNIGER POWERS LLP |
| | | By: /s/ *Benjamin J. Hodges* |
| | |       BENJAMIN J. HODGES |
| | | ALLMAN & NIELSON, P.C. |
| | | By: */s/ Steve Nielson* |
| | |       STEVE NIELSON |
| | | Attorneys for Defendant |
| | | SUPER MARKET MERCHANDISING AND SUPPLY, INC. |

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

SHARTSIS FRIESE LLP  
ONE MARITIME PLAZA  
EIGHTEENTH FLOOR  
SAN FRANCISCO, CA 94111

Case No.  
cv-12-02445 WHO

SECOND STIPULATION & ORDER REGARDING  
MOTION TO COMPEL DEADLINE

## **ATTESTATION**

I hereby attest that, pursuant to Local Rule 5-1(i)(3), concurrence in the filing of the document has been obtained from the other Signatory (ies) for the conformed signature(s) ("/s/") within this electronically-filed document.

DATED: October 25, 2013  SHARTSIS FRIESE LLP

By: */s/ Joseph V. Mauch*
    JOSEPH V. MAUCH

Attorneys for Plaintiff
CLAMP-SWING PRICING COMPANY

---

Case No.
cv-12-02445 WHO

SECOND STIPULATION & ORDER REGARDING
MOTION TO COMPEL DEADLINE

1

**ORDER**

The above **STIPULATION AND ORDER REGARDING MOTION TO COMPEL DEADLINE** is approved and all parties shall comply with its provisions.

**IT IS SO ORDERED**.

Dated: October 25, 2013

_____
Hon. William H. Orrick
U.S. District Court Judge

8197\001\1932610.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 1 -
Case No.
cv-12-02445 WHO
SECOND STIPULATION & ORDER REGARDING MOTION TO COMPEL DEADLINE