SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
jmartin@sflaw.com
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922

Attorneys for Plaintiff
CLAMP-SWING PRICING COMPANY

SENNIGER POWERS LLP                           SUPER MARKET
Marc W. Vander Tuig *pro hac vice*            MERCHANDISING AND SUPPLY
mvandertuig@senniger.com                      INC.
Robert M. Evans, Jr. *pro hac vice*           A. James Wang, *pro hac vice*
revans@senninger.com                             jwang@sm9com
Benjamin J. Hodges *pro hac vice*             5200 Virginia Ave.
bhodges@senniger.com                          St. Louis, MO 63111
100 North Broadway, 17th Floor                Telephone: (314) 432-5656
St. Louis, MO 63102
(314) 345-7019
(314) 345-7600 (fax)

SCHIFF HARDIN LLP                             Allman & Nielson, P.C.
Duane H. Mathiowetz CBN 111831                Steve Nielsen
   Dmathiowetz@schiffhardin.com               Steve@NielsenPatents.com
One Market, Spear Street Tower                100 Larkspur Landing Circle
Thirty-Second Floor                           Suite 212
San Francisco, CA  94105                      Larkspur, CA 94939-1743
Telephone:     (415) 901-8645                 (415) 461-2700
Facsimile:     (415) 901-8701                 (415) 461-2726 (fax)

Attorneys for Defendant
SUPER MARKET MERCHANDISING
AND SUPPLY, INC.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAMP-SWING PRICING COMPANY, | Case No.  CV-12-02445 WHO |
| Plaintiff, | **SECOND STIPULATION AND ORDER REGARDING DISCOVERY DISPUTE STATEMENTS** |
| v. | |
| SUPER MARKET MERCHANDISING AND SUPPLY, INC., | Judge:      Hon. William H. Orrick |
| | Trial Date:   May 27, 2014 |
| Defendant. | Complaint Filed:    May 14, 2012 |
| | Amended Complaint Filed:September 26, 2012 |

Plaintiff Clamp-Swing Pricing Company ("Clamp-Swing") and Defendant Super Market Merchandising and Supply, Inc. ("SMM") (collectively, the "Parties") through their respective counsel, hereby stipulate and ask the Court to Order as follows:

WHEREAS the Parties have agreed to serve certain amended discovery responses and produce certain additional responsive documents beyond the fact discovery cut-off date of October 11, 2013;

WHEREAS Clamp-Swing is still in the process of revising discovery documents and providing additional deposition testimony, and the Parties are engaging in meet-and-confer communications regarding such discovery;

WHEREAS the Parties previously agreed to, and this Court granted, an extension to the discovery dispute statement deadline to October 25, 2013;

WHEREAS the Parties seek a modification to this deadline to allow the Parties additional time to submit a discovery dispute statement;

WHEREAS no change to any other date, including the trial date is being proposed;

NOW, THEREFORE, the Parties agree that the schedule governing the last day for the Parties to submit a discovery dispute statement will be adjusted as follows:

| Event | Current Deadline | Proposed Modification |
|---|---|---|
| Deadline to File Discovery Dispute Statement | October 25, 2013 | November 8, 2013 |

DATED:      October 25, 2013              SHARTSIS FRIESE LLP


By: _/s/ Joseph V. Mauch_____
                    JOSEPH V. MAUCH

Attorneys for Plaintiff
CLAMP-SWING PRICING COMPANY

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

DATED:      October 25, 2013          SENNIGER POWERS LLP

2                                      By: /s/ Benjamin J. Hodges
                                              BENJAMIN J. HODGES
3
                                       ALLMAN & NIELSON, P.C.
4

5

6                                      By: /s/ Steve Nielson
                                              STEVE NIELSON
7
                                       Attorneys for Defendant
8                                      SUPER MARKET MERCHANDISING AND
                                       SUPPLY, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.                    SECOND STIPULATION & ORDER REGARDING
cv-12-02445 WHO                  MOTION TO COMPEL DEADLINE

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1

## **ATTESTATION**

I hereby attest that, pursuant to Local Rule 5-1(i)(3), concurrence in the filing of the document has been obtained from the other Signatory (ies) for the conformed signature(s) ("/s/") within this electronically-filed document.

DATED:          October 25, 2013                    SHARTSIS FRIESE LLP


By: */s/ Joseph V. Mauch*
                              JOSEPH V. MAUCH

Attorneys for Plaintiff
CLAMP-SWING PRICING COMPANY

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1

Case No.
cv-12-02445 WHO

SECOND STIPULATION & ORDER REGARDING
MOTION TO COMPEL DEADLINE

1                                    **ORDER**

2        The above **STIPULATION AND ORDER REGARDING MOTION TO COMPEL**

3   **DEADLINE** is approved and all parties shall comply with its provisions.

4        **IT IS SO ORDERED**.

5   Dated:  October 25, 2013

6                                                          _____

7                                                          Hon. William H. Orrick
                                                         U.S. District Court Judge

8

9   8197\001\1932610.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No.                    SECOND STIPULATION & ORDER REGARDING
cv-12-02445 WHO                 MOTION TO COMPEL DEADLINE