1   SHARTSIS FRIESE LLP
2   JAMES P. MARTIN (Bar #170044)
    jmartin@sflaw.com
    JOSEPH V. MAUCH (Bar #253693)
3   jmauch@sflaw.com
    One Maritime Plaza, Eighteenth Floor
4   San Francisco, CA  94111
    Telephone:  (415) 421-6500
5   Facsimile:  (415) 421-2922

6   Attorneys for Plaintiff
    CLAMP-SWING PRICING COMPANY

7   SENNIGER POWERS LLP                          SUPER MARKET
8   Marc W. Vander Tuig *pro hac vice*           MERCHANDISING AND SUPPLY
    mvandertuig@senniger.com                     INC.
9   Robert M. Evans, Jr. *pro hac vice*          A. James Wang, *pro hac vice*
    revans@senninger.com                            jwang@sm9com
10  Benjamin J. Hodges *pro hac vice*            5200 Virginia Ave.
    bhodges@senniger.com                         St. Louis, MO 63111
11  100 North Broadway, 17th Floor               Telephone: (314) 432-5656
    St. Louis, MO 63102
12  (314) 345-7019
    (314) 345-7600 (fax)

13  SCHIFF HARDIN LLP                            Allman & Nielson, P.C.
14  Duane H. Mathiowetz CBN 111831               Steve Nielsen
       Dmathiowetz@schiffhardin.com              Steve@NielsenPatents.com
15  One Market, Spear Street Tower               100 Larkspur Landing Circle
    Thirty-Second Floor                          Suite 212
16  San Francisco, CA  94105                     Larkspur, CA 94939-1743
    Telephone:     (415) 901-8645                (415) 461-2700
17  Facsimile:     (415) 901-8701                (415) 461-2726 (fax)

18  Attorneys for Defendant
    SUPER MARKET MERCHANDISING
19  AND SUPPLY, INC.

                    UNITED STATES DISTRICT COURT
20
                    NORTHERN DISTRICT OF CALIFORNIA
21
                       SAN FRANCISCO DIVISION
22

23  CLAMP-SWING PRICING COMPANY,        Case No.  CV-12-02445 WHO

24               Plaintiff,             **SECOND STIPULATION AND ORDER**
                                        **REGARDING DISCOVERY DISPUTE**
25          v.                          **STATEMENTS AND EXPERT**
                                        **DISCOVERY**
26  SUPER MARKET MERCHANDISING
    AND SUPPLY, INC.,                   Judge:      Hon. William H. Orrick
27                                      Trial Date:  July 7, 2014
                 Defendant.            Complaint Filed:   May 14, 2012
28                                      Amended Complaint Filed:September 26, 2012

*Side margin:* Shartsis Friese LLP / ONE MARITIME PLAZA / EIGHTEENTH FLOOR / SAN FRANCISCO, CA 94111

Plaintiff Clamp-Swing Pricing Company ("Clamp-Swing") and Defendant Super Market Merchandising and Supply, Inc. ("SMM") (collectively, the "Parties") through their respective counsel, hereby stipulate and ask the Court to Order as follows:

WHEREAS the Parties have agreed to provide certain requested information and make additional responsive documents available for inspection beyond the fact discovery cut-off date of October 11, 2013;

WHEREAS the Parties are engaging in meet-and-confer communications regarding such discovery;

WHEREAS the current deadline to file a discovery dispute statement with the Court is November 8, 2013;

WHEREAS the Parties seek a modification to this deadline to allow the Parties additional time to submit a discovery dispute statement;

WHEREAS the Parties have been ordered to attend a Settlement Conference on December 17, 2013;

WHEREAS the current deadline for the Parties to disclose expert witnesses and reports was set for December 9, 2013;

WHEREAS the Parties seek a modification of the expert discovery schedule and dispositive motion schedule in order to allow the parties to conduct the Settlement Conference prior to disclosure of expert witnesses and reports;

WHEREAS no change to the trial date or pre-trial conference is being proposed;

NOW, THEREFORE, the Parties agree that the schedule governing the last day for the Parties to submit a discovery dispute statement will be adjusted as follows:

| Event | Current Deadline | Proposed Modification |
|---|---|---|
| Deadline to file discovery dispute statement | November 8, 2013 | November 22, 2013 |
| Initial expert witness disclosures and reports date | December 9, 2013 | January 10, 2014 |
| Rebuttal expert reports | January 8, 2014 | February 7, 2014 |

Case No.
cv-12-02445 WHO

SECOND STIPULATION AND ORDER REGARDING DISCOVERY
DISPUTE STATEMENTS AND EXPERT DISCOVERY

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

| Expert discovery cut-off date | January 24, 2014 | February 21, 2014 |
| Dispositive motion filing date | February 21, 2014 | March 21, 2014 |
| Dispositive motion hearing date | April 9, 2014 | May 7, 2014 |
| Pretrial conference | June 23, 2014 at 2:00 p.m. | No modification |
| Jury trial | July 7, 2014 at 8:30 a.m. | No modification |

DATED:      November 8, 2013          SHARTSIS FRIESE LLP


                                      By: /s/ Joseph V. Mauch
                                            JOSEPH V. MAUCH

                                      Attorneys for Plaintiff
                                      CLAMP-SWING PRICING COMPANY

DATED:      November 8, 2013          SENNIGER POWERS LLP

                                      By: /s/ Benjamin J. Hodges
                                            BENJAMIN J. HODGES

                                      ALLMAN & NIELSON, P.C.



                                      By: /s/ Steve Nielson
                                            STEVE NIELSON

                                      Attorneys for Defendant
                                      SUPER MARKET MERCHANDISING AND
                                      SUPPLY, INC.

SECOND STIPULATION AND ORDER REGARDING DISCOVERY
DISPUTE STATEMENTS AND EXPERT DISCOVERY

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Shartsis Friese LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

## **ATTESTATION**

I hereby attest that, pursuant to Local Rule 5-1(i)(3), concurrence in the filing of the document has been obtained from the other Signatory (ies) for the conformed signature(s) ("/s/") within this electronically-filed document.

DATED:          November 8, 2013                    SHARTSIS FRIESE LLP


By: */s/ Joseph V. Mauch*
                     JOSEPH V. MAUCH

Attorneys for Plaintiff
CLAMP-SWING PRICING COMPANY

Case No.
cv-12-02445 WHO

SECOND STIPULATION AND ORDER REGARDING DISCOVERY
DISPUTE STATEMENTS AND EXPERT DISCOVERY

1

## ORDER

2    The above **SECOND STIPULATION AND ORDER REGARDING DISCOVERY**

**DISPUTE STATEMENTS AND EXPERT DISCOVERY** is approved and all parties shall

comply with its provisions.

5    **IT IS SO ORDERED**.

6
Dated: November 12, 2013
7                                    _____
                                        Hon. William H. Orrick
8                                       U.S. District Court Judge
8499\001\1936201.1
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No.
cv-12-02445 WHO

SECOND STIPULATION AND ORDER REGARDING DISCOVERY
DISPUTE STATEMENTS AND EXPERT DISCOVERY