SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
jmartin@sflaw.com
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922

Attorneys for Plaintiff
CLAMP-SWING PRICING COMPANY

SENNIGER POWERS LLP
Marc W. Vander Tuig *pro hac vice*
mvandertuig@senninger.com
Robert M. Evans, Jr. *pro hac vice*
revans@senninger.com
Benjamin J. Hodges *pro hac vice*
bhodges@senniger.com
100 North Broadway, 17th Floor
St. Louis, MO 63102
(314) 345-7019
(314) 345-7600 (fax)

SCHIFF HARDIN LLP
Duane H. Mathiowetz CBN 111831
   Dmathiowetz@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:    (415) 901-8645
Facsimile:    (415) 901-8701

SUPER MARKET
MERCHANDISING AND SUPPLY
INC.
A. James Wang, *pro hac vice*
   jwang@sm9com
5200 Virginia Ave.
St. Louis, MO 63111
Telephone: (314) 432-5656

Allman & Nielson, P.C.
Steve Nielsen
Steve@NielsenPatents.com
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939-1743
(415) 461-2700
(415) 461-2726 (fax)

Attorneys for Defendant
SUPER MARKET MERCHANDISING
AND SUPPLY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAMP-SWING PRICING COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPER MARKET MERCHANDISING AND SUPPLY, INC.,<br><br>    Defendant. | Case No.  CV-12-02445 WHO<br><br>**SECOND STIPULATION AND ORDER REGARDING DISCOVERY DISPUTE STATEMENTS AND EXPERT DISCOVERY**<br><br>Judge:    Hon. William H. Orrick<br>Trial Date:   July 7, 2014<br>Complaint Filed:   May 14, 2012<br>Amended Complaint Filed: September 26, 2012 |

Plaintiff Clamp-Swing Pricing Company ("Clamp-Swing") and Defendant Super Market Merchandising and Supply, Inc. ("SMM") (collectively, the "Parties") through their respective counsel, hereby stipulate and ask the Court to Order as follows:

WHEREAS the Parties have agreed to provide certain requested information and make additional responsive documents available for inspection beyond the fact discovery cut-off date of October 11, 2013;

WHEREAS the Parties are engaging in meet-and-confer communications regarding such discovery;

WHEREAS the current deadline to file a discovery dispute statement with the Court is November 8, 2013;

WHEREAS the Parties seek a modification to this deadline to allow the Parties additional time to submit a discovery dispute statement;

WHEREAS the Parties have been ordered to attend a Settlement Conference on December 17, 2013;

WHEREAS the current deadline for the Parties to disclose expert witnesses and reports was set for December 9, 2013;

WHEREAS the Parties seek a modification of the expert discovery schedule and dispositive motion schedule in order to allow the parties to conduct the Settlement Conference prior to disclosure of expert witnesses and reports;

WHEREAS no change to the trial date or pre-trial conference is being proposed;

NOW, THEREFORE, the Parties agree that the schedule governing the last day for the Parties to submit a discovery dispute statement will be adjusted as follows:

| Event | Current Deadline | Proposed Modification |
|---|---|---|
| Deadline to file discovery dispute statement | November 8, 2013 | November 22, 2013 |
| Initial expert witness disclosures and reports date | December 9, 2013 | January 10, 2014 |
| Rebuttal expert reports | January 8, 2014 | February 7, 2014 |

| | | |
|---|---|---|
| Expert discovery cut-off date | January 24, 2014 | February 21, 2014 |
| Dispositive motion filing date | February 21, 2014 | March 21, 2014 |
| Dispositive motion hearing date | April 9, 2014 | May 7, 2014 |
| Pretrial conference | June 23, 2014 at 2:00 p.m. | No modification |
| Jury trial | July 7, 2014 at 8:30 a.m. | No modification |

DATED: November 8, 2013           SHARTSIS FRIESE LLP


By: */s/ Joseph V. Mauch*
           JOSEPH V. MAUCH

Attorneys for Plaintiff
CLAMP-SWING PRICING COMPANY

DATED: November 8, 2013           SENNIGER POWERS LLP

By: /s/ *Benjamin J. Hodges*
           BENJAMIN J. HODGES

ALLMAN & NIELSON, P.C.


By: */s/ Steve Nielson*
           STEVE NIELSON

Attorneys for Defendant
SUPER MARKET MERCHANDISING AND SUPPLY, INC.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -
Case No.
cv-12-02445 WHO
SECOND STIPULATION AND ORDER REGARDING DISCOVERY DISPUTE STATEMENTS AND EXPERT DISCOVERY

**ATTESTATION**

I hereby attest that, pursuant to Local Rule 5-1(i)(3), concurrence in the filing of the document has been obtained from the other Signatory (ies) for the conformed signature(s) ("/s/") within this electronically-filed document.

DATED: November 8, 2013        SHARTSIS FRIESE LLP

By: */s/ Joseph V. Mauch*
         JOSEPH V. MAUCH

Attorneys for Plaintiff
CLAMP-SWING PRICING COMPANY

Sнартsis Friese LLP
One Maritime Plaza
Eighteenth Floor
San Francisco, CA 94111

- 3 -
Case No.
cv-12-02445 WHO
SECOND STIPULATION AND ORDER REGARDING DISCOVERY
DISPUTE STATEMENTS AND EXPERT DISCOVERY

**ORDER**

The above **SECOND STIPULATION AND ORDER REGARDING DISCOVERY DISPUTE STATEMENTS AND EXPERT DISCOVERY** is approved and all parties shall comply with its provisions.

**IT IS SO ORDERED**.

Dated: November 12, 2013

                                         Hon. William H. Orrick
                                         U.S. District Court Judge

8499\001\1936201.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111