SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
jmartin@sflaw.com
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
CLAMP-SWING PRICING COMPANY

SENNIGER POWERS LLP
Marc W. Vander Tuig *pro hac vice*
mvandertuig@senniger.com
Robert M. Evans, Jr. *pro hac vice*
revans@senniger.com
Benjamin J. Hodges *pro hac vice*
bhodges@senniger.com
100 North Broadway, 17th Floor
St. Louis, MO 63102
(314) 345-7019
(314) 345-7600 (fax)

SCHIFF HARDIN LLP
Duane H. Mathiowetz CBN 111831
  Dmathiowetz@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone:   (415) 901-8645
Facsimile:   (415) 901-8701

SUPER MARKET
MERCHANDISING AND SUPPLY
INC.
A. James Wang, *pro hac vice*
  jwang@sm9com
5200 Virginia Ave.
St. Louis, MO 63111
Telephone: (314) 432-5656

Allman & Nielsen, P.C.
Steve Nielsen
Steve@NielsenPatents.com
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939-1743
(415) 461-2700
(415) 461-2726 (fax)

Attorneys for Defendant
SUPER MARKET MERCHANDISING
AND SUPPLY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAMP-SWING PRICING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SUPER MARKET MERCHANDISING AND SUPPLY, INC.,<br><br>Defendant. | Case No. CV-12-02445 WHO<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY DISPUTE STATEMENTS**<br><br>Judge:   Hon. William H. Orrick<br>Trial Date:   July 7, 2014<br>Complaint Filed:   May 14, 2012<br>Second Amended Complaint Filed:<br>       November 11, 2013 |

Plaintiff Clamp-Swing Pricing Company ("Clamp-Swing") and Defendant Super Market Merchandising and Supply, Inc. ("SMM") (collectively, the "Parties") through their respective counsel, hereby stipulate and ask the Court to Order as follows:

WHEREAS the Parties are engaging in meet-and-confer communications regarding information and documents requested prior to the fact discovery cut-off date of October 11, 2013;

WHEREAS the Parties have been ordered to attend a Settlement Conference on December 17, 2013, and the Magistrate Judge has ordered the parties to ensure that whatever discovery is needed for all sides to evaluate the case for settlement purposes is completed by the date of the Settlement Conference;

WHEREAS the current deadline to file a discovery dispute statement with the Court is November 22, 2013;

WHEREAS the Parties seek a modification to this deadline to allow the Parties additional time to meet and confer, produce information and documents, and, if necessary, submit a discovery dispute statement;

WHEREAS no change to any other date, including the trial date, is being proposed;

NOW, THEREFORE, the Parties agree that the schedule governing the last day for the Parties to submit a discovery dispute statement will be adjusted as follows:

| Event | Current Deadline | Proposed Modification |
|---|---|---|
| Deadline to File Discovery Dispute Statement | November 22, 2013 | December 20, 2013 |

DATED: November 22, 2013         SHARTSIS FRIESE LLP


By: */s/ Joseph V. Mauch*
         JOSEPH V. MAUCH

Attorneys for Plaintiff
CLAMP-SWING PRICING COMPANY

- 1 -

Case No.
cv-12-02445 WHO

STIPULATION & ORDER REGARDING
MOTION TO COMPEL DEADLINE

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

| | | |
|---|---|---|
| DATED: | November 22, 2013 | SENNIGER POWERS LLP |

By: /s/ *Marc Vander Tuig*
      MARC VANDER TUIG

ALLMAN & NIELSEN, P.C.

By: */s/ Steve Nielson*
      STEVE NIELSEN

Attorneys for Defendant
SUPER MARKET MERCHANDISING AND SUPPLY, INC.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

## **ATTESTATION**

I hereby attest that, pursuant to Local Rule 5-1(i)(3), concurrence in the filing of the document has been obtained from the other Signatory (ies) for the conformed signature(s) ("/s/") within this electronically-filed document.

DATED: November 22, 2013          SHARTSIS FRIESE LLP

By: */s/ Joseph V. Mauch*
      JOSEPH V. MAUCH

Attorneys for Plaintiff
CLAMP-SWING PRICING COMPANY

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111

1

Case No.
cv-12-02445 WHO

STIPULATION & ORDER REGARDING
MOTION TO COMPEL DEADLINE

## ORDER

The Court is unaware of what the "discovery dispute" might be that precipitated this Stipulation. Accordingly, the above **STIPULATION AND ORDER REGARDING DISCOVERY DISPUTE STATEMENTS** is approved and all parties shall comply with its provisions, **provided that** the parties comply with Magistrate Judge Spero's requirement that the parties ensure that whatever discovery is needed for all sides to evaluate the case for settlement purposes be completed by the date of the Settlement Conference.

**IT IS SO ORDERED**.

Dated:  November 22, 2013

_____
Hon. William H. Orrick
U.S. District Court Judge

8499\001\1939600.1

Shartsis Friese LLP
One Maritime Plaza
Eighteenth Floor
San Francisco, CA 94111

- 1 -
Case No.
cv-12-02445 WHO
STIPULATION & ORDER REGARDING
MOTION TO COMPEL DEADLINE