SENNIGER POWERS LLP
Marc W. Vander Tuig *pro hac vice*
mvandertuig@senniger.com
Robert M. Evans, Jr. *pro hac vice*
revans@senninger.com
Benjamin J. Hodges *pro hac vice*
bhodges@senniger.com
100 North Broadway, 17th Floor
St. Louis, MO 63102
(314) 345-7019
(314) 345-7600 (fax)

SUPER MARKET MERCHANDISING AND SUPPLY INC.
A. James Wang, *pro hac vice*
  jwang@sm9com
5200 Virginia Ave.
St. Louis, MO 63111
Telephone: (314) 432-5656

ALLMAN & NIELSEN, P.C.
Steve Nielsen
Steve@NielsenPatents.com
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939-1743
(415) 461-2700
(415) 461-2726 (fax)

Attorneys for Defendant

SUPER MARKET MERCHANDISING

AND SUPPLY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAMP-SWING PRICING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SUPER MARKET MERCHANDISING AND SUPPLY, INC., and KEVIN KNASEL, individually<br><br>Defendants. | Case No.  CV-12-02445 WHO<br><br>**LETTER TO JUDGE SPERO REGARDING MODIFYING MEDIATION SCHEDULING DEADLINES**<br><br>Judge: Hon. William H. Orrick |

December 6, 2013

Magistrate Judge Spero
San Francisco Courthouse, Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    Mediation Scheduling Deadlines

Dear Judge Spero:

      On October 29, 2013 the Court issued a Settlement Conference Order. (Dkt. 87). This order required Plaintiff to provide a settlement proposal by November 13, 2013 and Defendant to make a counter-proposal by November 22, 2013. It also required the parties meet and confer in person on or before December 6, 2013 to discuss settlement.

      After exchanging settlement proposals the parties attempted to find a mutually agreed on date before December 6, 2013 for Defendant to travel to San Francisco from St. Louis for the required in person meeting. The parties could not come to a mutually agreed on date that would accommodate all travel schedules before December 6.

      The parties have agreed to an in person meeting on December 12 in San Francisco and respectfully request to modify the deadline for such an in person meeting to accommodate the December 12 meeting.

Respectfully submitted,

SENNIGER POWERS LLP

By: /s/ Benjamin J. Hodges
   Robert M. Evans, Jr., *pro hac vice*
   Marc W. Vander Tuig, *pro hac vice*
   Benjamin J. Hodges, *pro hac vice*
   100 North Broadway
   17th Floor
   St. Louis, MO 63102
   Tel:  (314) 345-7000
   Fax:  (314) 345-7600
   Email: revans@senniger.com
         mvandertuig@senniger.com
         bhodges@senniger.com

Allman & Nielson, P.C.
Steve Nielsen
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939-1743
Tel:  (415) 461-2700
Fax:  (415) 461-2726
Email:  steve@nielsenpatents.com

*Attorneys for Defendant Super Market*
*Merchandising and Supply, Inc. and Kevin Knasel*

Dated:  12/9/13



IT IS SO ORDERED
Judge Joseph C. Spero

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 6th day of December, 2013, the foregoing was electronically filed with the Clerk of court via the ECF/CM system and will be served upon all counsel of record by operation of the Court's ECF/CM system by means of a Notice of Electronic Filing.

    /s/ Benjamin J. Hodges